# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNITED STATES OF AMERICA**

v.

**Criminal Action No.
5: 93-CR-176 (FJS)**

**RAFAEL MARTINEZ-MORA,**
**a/k/a Pacheco**
           **Defendant.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses Indictment No. 5: 93-CR-176 (FJS) against Rafael Martinez-Mora, the defendant, charging violations of Title 21, United States Code, Section 846 (count 1) and Title 21, United States Code, Section 841(a)(1) (counts 2, 5 and 6).

The reason(s) for this dismissal are (check one or more):

    \_\_\_ Case transferred to another District

    \_\_\_ Speedy Trial Act

    \_\_\_ Defendant's cooperation

    \_\_\_ Insufficient evidence at this time

  X  Other: <u>Interests of Justice.</u>

With respect to this dismissal, defendants (check one):

___ Consents

___ Objects

 X  Has not been consulted

This dismissal is without prejudice.

GLENN T. SUDDABY<br>
United States Attorney

By:  Richard R. Southwick<br>
Assistant U.S. Attorney<br>
Bar Roll No. 506265

Leave of court is granted for the filing of the foregoing dismissal.

Dated: May 17, 2007

Hon. Frederick J. Scullin, Jr.<br>
Senior United States District Judge

2